Michael BEAUCHAMP

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Skylar Mays

NO. 2016-CC-1156

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of E. Baton Rouge, 19th

Judicial District Court Div. D, No. 644,050; to the Court of Appeal, First Circuit, No. 2016 CW 0286

Denied.